

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, New York 10601

September 14, 2022

**BY EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:   Request for Motion Practice and to Reschedule Hearing in *United States v. Shaun
Brooks*, 09 Cr. 1022 and 16 Cr. 0053**

Dear Judge Karas:

On Thursday, July 21, 2022, the parties appeared before Your Honor for a presentment
on the specifications contained in a Violation Report for Shaun Brooks in the above-referenced
matters, which was filed by U.S. Probation Officer Meaghan Biggs on July 15, 2022 ("July 15
VOSR"). A hearing on the specifications contained in the July 15 VOSR was scheduled for
September 9, 2022. On Tuesday, September 6, 2022, Officer Biggs submitted an Amended
Violation Report ("September 6 VOSR"), which added an additional specification. In response
to the September 6 VOSR, the Government and counsel for defense consented to delay the
hearing and ask the Court to reschedule. A new hearing date has not been scheduled.

In advance of the hearing, the Government seeks permission from this Court to file an *in
limine* motion to admit certain evidence pursuant to Federal Rule of Criminal Procedure
32.1(b)(2)(C). Should this Court grant that request, the parties propose the following briefing
schedule:

**Motion Deadlines**
9/21/22:   Government *in limine* motion
9/26/22:   Defendant response
9/30/22:   Government reply

The parties also ask the Court to reschedule the final revoking hearing and, if helpful, a hearing on the Government's motion.

Thank you for your consideration.

Sincerely,

Kaiya Arroyo
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
300 Quarropas St.
White Plains, NY 10601
914-993-1919
Email: kaiya.arroyo@usdoj.gov
*Counsel for the Government*

**CC Via ECF**
Ezra Spilke
*Counsel for the Defendant*

Granted. The briefing schedule is approved. The Court will hold a hearing on October 3, 2022 at 10:00 AM

SO ORDERED

KENNETH M. KARAS U.S.D.J.
9/16/2022