UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>SHAUN BROOKS,<br><br>      Defendant. | No. 16-CR-0053 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons to be stated on the record at the upcoming conference, the Government's Motion in Limine for the Admission of Certain Evidence, (Dkt. No. 49), is GRANTED.

SO ORDERED.

DATED: October 7, 2022
      White Plains, New York

                      KENNETH M. KARAS
                      United States District Judge