# THE LAW OFFICES OF SEAN M. MAHER, PLLC

## MEMORANDUM ENDORSED

March 22, 2023

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. Shaun Brooks*,
        16 Cr. 53 (KMK) & 09 Cr. 1022 (KMK)

Dear Judge Karas:

On behalf of Mr. Shaun Brooks, I respectfully write to request that the Court schedule a court conference in both of Mr. Brooks' pending VOSR cases for April 13 or 14, 2023 with the anticipation of setting a sentencing date at this conference date. The reason for this request is that the Court recently appointed me as CJA counsel for Mr. Brooks and the requested time will give me an opportunity to get to know Mr. Brooks and familiarize myself with the record of both cases before setting the sentencing date.

I have relayed this request to the government and AUSA Kaiya Arroyo has informed me that the government consents to this request.

*Granted. The Court*
*will hold a conference*
*on Tuesday, 5/2/2023*
*at 3:30 p.m.*

*SO ORDERED.*

KENNETH M. KARAS U S.D.J.

cc:     All counsel via ECF  *3/23/23*

Respectfully submitted,

/S/

Sean M. Maher
*Counsel for Shaun Brooks*
The Law Offices of Sean M. Maher, PLLC
2796 Sedgwick Avenue, Suite C1
Bronx, NY 10468
(212) 661-5333
(347) 548-9959 fax
smaher@seanmaherlaw.com