# THE LAW OFFICES OF SEAN M. MAHER, PLLC

December 2, 2024

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Shaun Brooks*, 09 Cr. 1022 (KMK) & 16 Cr. 53 (KMK)

Dear Judge Karas:

On November 21, 2024, the government filed a letter motion pursuant to Fed. R. Crim. P. 36 requesting the Court "to correct defendant Shaun Brooks' judgments of conviction . . ." in the above-captioned cases. Government letter motion dated November 21, 2024, at 1, Doc. No. 66, 16 Cr. 53 (KMK) and Doc. No. 1181, 09 Cr. 1022 (KMK). Mr. Brooks is in the custody of the Bureau of Prisons.

I respectfully request until December 10, 2024, to respond to the government's motion so that I can communicate with Mr. Brooks before filing a response.

The Court's consideration is greatly appreciated.

Granted.

So Ordered.
*[signature]*
12/3/243

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Shaun Brooks*
The Law Offices of Sean M. Maher, PLLC
2796 Sedgwick Avenue, Suite C1
Bronx, NY 10468
(212) 661-5333
(347) 548-9959 fax
smaher@seanmaherlaw.com

cc:   All counsel via ECF